**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**THOMAS E. LEE,**                                                                                      **PETITIONER**

**v.**                         **No. 2:05CV43-P-B**

**WARDEN L. GREER, ET AL.**                                                       **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the state's August 2, 2005, motion to dismiss is hereby **GRANTED**, and the instant case is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 21st day of March, 2006.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE